IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01228 REB-BNB

INDEPENDENT FINANCIAL MARKETING GROUP, INC.,
IFMG SECURITIES INC. f/k/a LIBERTY SECURITIES
CORPORATION, and
IFS AGENCIES, INC.,

    Plaintiffs,

v.

STEPHANIE E. GUDKA, and
RUSSELL L. SCHAFER,

    Defendants.

**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER, SET FOR JULY 6, 2005**

**Blackburn, J.**

    This matter is before the Court on the parties' joint motion to vacate the hearing on plaintiffs' motion for temporary restraining order. The hearing was set for July 6, 2005, at 3:00 p.m. The parties report that settlement negotiations have commenced, and the parties jointly request that the July 6, 2005, hearing be vacated.

    **THEREFORE, IT IS ORDERED** that the hearing set for July 6, 2005, at 3:00 p.m. on Plaintiffs' Motion for Temporary Restraining Order is **VACATED**.

    Dated July 7, 2005, at Denver, Colorado.

                                                  BY THE COURT:

                                                 s/ Robert E. Blackburn
                                                 Robert E. Blackburn
                                                 United States District Judge