**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  05-cv-01228 REB-BNB

INDEPENDENT FINANCIAL MARKETING GROUP, INC.,
IFMG SECURITIES INC. f/k/a LIBERTY SECURITIES
CORPORATION, and
IFS AGENCIES, INC.,

      Plaintiffs,

v.

STEPHANIE E. GUDKA, and
RUSSELL L. SCHAFER,

    Defendants.

---

## ORDER FOR STATUS REPORT

**Blackburn, J.**

      This matter is before the court on its own motion.  The plaintiffs filed their complaint

and a motion for temporary restraining order and preliminary injunction on July 1, 2005.  On

July 5, 2005, the court issued an order [#5] setting a hearing on the plaintiffs' motion for

temporary restraining order for July 6, 2005.  On July 6, 2005, the parties filed a joint motion

to vacate that hearing, stating that they were engaged in settlement discussions.  The

parties have not filed anything in this case since July 6, 2005.

      **THEREFORE, IT IS ORDERED** as follows:

      1) That on or before December 29, 2005, the plaintiff **SHALL FILE** a brief report

outlining the status of this case; and

2) That absent the filing of a status report by the plaintiff, the court will dismiss this case for lack of prosecution under FED. R. CIV. P. 41.

Dated December 15, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge