IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  05-cv-01228 REB-BNB

INDEPENDENT FINANCIAL MARKETING GROUP, INC.,
IFMG SECURITIES INC. f/k/a LIBERTY SECURITIES CORPORATION, and
IFS AGENCIES, INC.,

     Plaintiffs,

v.

STEPHANIE E. GUDKA, and
RUSSELL L. SCHAFER,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On January 9, 2006, the parties filed a **Stipulated Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)** [#12].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)** [#12], filed on January 9, 2006, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That any pending motion is **DENIED** as moot.

Dated January 10, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge